**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CARDINAL BANK, ) <br> c/o Buonassissi, Henning & Lash, P.C. ) <br>     1861 Wiehle Avenue, Suite 300 ) <br>     Reston, VA  20190 ) <br> ) <br>     Plaintiff, ) <br> ) <br>     v. ) <br> ) <br> THOMAS J. ROSSI ) <br> 4328 Westover Place, NW ) <br> Washington, D.C.  20016 ) <br> ) <br> TERESA ROSSI ) <br> 4328 Westover Place, NW ) <br> Washington, D.C.  20016 ) <br> ) <br> DEPARTMENT OF THE TREASURY ) <br> INTERNAL REVENUE SERVICE ) <br> SMALL BUSINESS/SELF EMPLOYED ) <br> AREA #3 ) <br> Baltimore, MD  And ) <br> 201 West River Center Boulevard ) <br> Stop 8420G ) <br> Covington, KY  41011 ) <br> ) <br> LSCG FUND 19, LLC ) <br> 4419 Van Nuys Blvd. #203 ) <br> Sherman Oaks, California  91403 ) <br> ) <br>     Defendants. ) <br> ) | Civil Action No.: 14-733 |

**NOTICE OF REMOVAL OF A CIVIL ACTION**

Defendant, the Internal Revenue Service, by and through undersigned counsel, hereby files this Notice of Removal pursuant to 28 U.S.C. §§ 1442(a)(1), 1444, 1446 and 2410.  In support of this Notice, the following facts are relied upon:

1. Defendant is in receipt of a Summons and Complaint in the case of *Cardinal Bank v. Thomas J. Rossi, Teresa, Rossi, Department of the Treasury, Internal Revenue Service, and LSCG Fund 19, LLC, Civil Action No. 2014 CA 001691*, in the Civil Division of the Superior Court of the District of Columbia (the "Civil Action").  A copy of the Summons and Complaint are attached hereto as Exhibit A.

2. Defendant Internal Revenue Service is an agency of the United States pursuant to 28 U.S.C. § 1442(a)(1).  Thus, the Civil Action is properly before this Court.

3. Plaintiff's Complaint seeks to extinguish an IRS tax lien on real property.

4. Plaintiff's claims are ones for which the District Court has original jurisdiction because the suit is against an agency of the United States and because the suit relates to property in which the United States has or claims a lien interest.  Removal of this matter is, therefore, authorized pursuant to 28 U.S.C. §§ 1442(a)(1) and 1444.

WHEREFORE, this Civil Action is properly removed from the Superior Court for the District of Columbia to this Court pursuant to 28 U.S.C. §§ 1442(a)(1), 1444, 1446 and 2410.

April 28, 2014                    Respectfully submitted,

RONALD C. MACHEN JR., D.C. Bar # 447889
United States Attorney

DANIEL F. VAN HORN, D.C. Bar # 924092
Chief, Civil Division

By:      /s/
OLIVER W. McDANIEL, D.C. Bar #377360
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-2508 / (202) 514-8780 (Facsimile)
oliver.mcdaniel@usdoj.gov

Attorneys for Defendant IRS

## **CERTIFICATE OF SERVICE**

I certify that I caused copies of the foregoing Notice of Removal of a Civil Action and Notice of Filing Notice of Removal of a Civil Action to be served on the following by the Court's electronic case filing system and/or by first class mail:

Richard Lash, Esquire
Buonassissi, Henning & Lash, P.C.
1861 Wiehle Avenue, Suite 300
Reston, Virginia  20190

Thomas J. Rossi
4328 Westover Place, NW
Washington, D.C.  20016

Teresa Rossi
4328 Westover Place, NW
Washington, D.C.  20016

LSCG Fund 19, LLC
4419 Van Nuys Blvd. #203
Sherman Oaks, California  91403

on this 28th day of April, 2014.

                                                           /s/
                                    OLIVER W. McDANIEL
                                    Assistant United States Attorney